# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BYRON BIDDLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GRANDVIEW HOSPITAL,<br><br>　　　　Defendant. | CIVIL ACTION<br>NO. 14-06614 |

## ORDER

**AND NOW**, this 5th day of June, 2015, upon consideration of the unopposed Motion to Dismiss filed by Defendant Grandview Hospital, (Doc. No. 23), and pursuant to Local Rule 7.1(c), it is **ORDERED** that the motion is **GRANTED IN PART** and the Amended Complaint is **DISMISSED**. It is further **ORDERED** that Defendant Grandview Hospital's request for fees and costs associated with the filing of its second motion to dismiss is **DENIED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Gerald J. Pappert
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.